**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL SANCHEZ, | ) NO. CV 17-3089-JFW (KS) |
|     Petitioner, | ) |
| v. | ) JUDGMENT |
| JOSE A. LIZARRAGA, | ) |
|     Respondent. | ) |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 1, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE